CHRISTOPHER HAWKINS
(Name)

1173 FRONT STREET
(Address)

SAN DIEGO, CA, 92101,
(City, State, Zip)

227837 86
(CDCR / Booking / BOP No.)

**FILED**

Nov 01 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ shellyy _____ DEPUTY

# United States District Court
## Southern District of California

CHRISTOPHER HAWKINS ,
(Enter full name of plaintiff in this action.)

                        Plaintiff,

v.

SAN DIEGO POLICE DEPARTMENT ,
DEVIN BEDARD # 11136 ,
KEVIN PETRUCELLI Et Al ,
DOES 1-15 thru 20, ,
(Enter full name of each defendant in this action.)

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. **'22CV1727 CAB DDL**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, CHRISTOPHER HAWKINS
(print Plaintiff's name)
_____, who presently resides at 1173 FRONT STREET
SAN DIEGO CENTRAL JAIL (mailing address or place of confinement)
_____, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at _____
744 8TH AVE, SD, CA, 92101 on (dates) 1-13-22 , _____, and _____.
(institution/place where violation occurred)
                                  (Count 1)     (Count 2)     (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant DEVIN BEDARD # 1136 resides in SAN DIEGO ,
              (name)                                (County of residence)
and is employed as a POLICE OFFICER . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: FALSE ARREST

Defendant KEVIN PETRUCELLI resides in SAN DIEGO ,
              (name)                                (County of residence)
and is employed as a PROPERTY MANAGER . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: FALSE POLICE REPORT

Defendant DOES 1-20 resides in SAN DIEGO ,
              (name)                                (County of residence)
and is employed as a POLICE OFFICERS . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: WITNESSES.

Defendant _____ resides in _____ ,
              (name)                                (County of residence)
and is employed as a _____ . This defendant is sued in
                            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: FALSE ARREST.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON JANUARY 13TH OF 2022 AT 9:40 AM WEDNESDAY MORNING OFFICER DEVIN BEDARD # 1136 FALSELY ARRESTED THE PLAINTIFF CHRISTOPHER TODD HAWKINS AT 744 EIGHTH AVENUE DOWNTOWN SAN DIEGO USING FORCE BASED ON THE FALSE SLANDEROUS STATEMENTS OF THE PROPERTY MANAGER OF THE LAWA MERRI SALON.

Count 2: The following Civil Right Has Been Violated:

False Police Report Leading to False Arrest.

Supporting Facts:

On Wednesday morning 9:40 am January 13th of 2022 Property Manager Kevin "Joseph Petrucelli" Contacted Local Downtown Agencies making False Statements and Accusations leading to a use of Force and False Arrest of the Plaintiff Christopher "Todd Hawkins at 744 Eight Avenue San Diego, Ca, 92101 In Front of Local Business Owner Lawa Meraki's Downtown Salon and Day Spa Located In The Gas lamp Business District of Historic Downtown San Diego Resulting In Unlawful Detention.

4

<u>Count 3</u>:  The following civil right has been violated: Unlawful Detention

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

On January 13th 2022 The Plaintiff Christopher Hawkins Was Unlawfully Detained By Officers of the San Diego Police Department on Presence of Encroachment and Illegal Lodging. Resisting Arrest Caused By False Complaint Without Just Cause or Compensation That Has Resulted In Unlawful Detention and Opportunities to Malice Constituent of The City and District Attorney to Prey Upon Freedoms of Indigent Transients in America's Finest City - San Diego.

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: CHRISTOPHER HAWKINS

Defendants: San Diego Police Dept. Jonathan Lias Et Al.

(b) Name of the court and docket number: Superior CD-283104 Now

Pending Southern District.

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?]
Appealed

(d) Issues raised: Violation of Constitutional Rights.

(e) Approximate date case was filed: 8-24-19

(f) Approximate date of disposition: 10-26-21

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

Appeals Dismissed - Run Statute

Decision Became Final And October.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

          1. An injunction preventing defendant(s):

*Immediate Release, Partial Resolution, Settlement, Immediate Temporary Grant of Immunity Through Conversion of Civil Torts, Retard Expungements And Immediate Release And Full Accommodations For: Darryl Lee Dunsmore, Michael And Monroe Jackson Does 1-3 Same. Plus God's Will.*

          2. Damages in the sum of $ *Twenty Dollars One Cent,*

          3. Punitive damages in the sum of $ *Sixty Three Dollars Three Cents.*

          4. Other: *Immediate Full Restatement of All Constitutional Amendment Rights That Will Shelden Pursuant to His Liberty And All Family/Friend Accommodations Be Handled As Possessions By The City of San Diego.*

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date.  If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐    Plaintiff consents to magistrate    **OR**   ☑    Plaintiff requests that a district judge
       judge jurisdiction as set forth                     be designated to decide dispositive
       above.                                   matters and trial in this case.

*October 21th 2022*
Date                                                         Signature of Plaintiff

§ 1983 SD Form
(Rev. 8/15)

7

Case 3:22-cv-01727-CAB-DDL    Document 1    Filed 11/01/22    PageID.8

CHRISTOPHER HAWKINS
Booking # 22723786
San Diego Central Jail
1173 FRONT STREET
San Diego, CA, 92101.

SAN DIEGO CA 920

ATTN: CLERK

Civil Business Office

SOUTHERN DISTRICT FEDERAL Court

333 WEST BROADWAY Suite #420

SAN Diego, CA, 92101.

RECEIVED

NOV 01 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA